| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

EDWIN JAMES JOHNSON, §
　§
　　Plaintiff, §
　§
*versus* § CIVIL ACTION NO. 1:13-CV-715
　§
GROVES POLICE DEPARTMENT, *et al.*, §
　§
　　Defendants. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Edwin James Johnson, an inmate formerly confined at the Jefferson County Jail, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against numerous defendants.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's civil rights action be dismissed for failure to state a claim and as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

---

[1] Plaintiff did file a Motion to Appoint Attorney on July 23, 2014 (docket entry no. 13). The court notes that no where in this motion does plaintiff outline any objections to the Report and Recommendation filed July 8, 2014. In his motion, plaintiff states he has been suffering from neuropathy in his hands and feet and requested this court appoint him an attorney as he alleges his medical condition is hindering his access to courts. Plaintiff states he has been suffering with this condition for three years. Despite having this condition for three years, plaintiff has pursued at least five different civil actions in the Eastern District of Texas and has adequately prepared his pleadings and responses.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 1st day of October, 2014.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE